FILED
CLERK, U.S. DISTRICT COURT
07/05/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jeff Macy

PLAINTIFF/PETITIONER

V.

County of San Bernardino Public Works Solid Waste Management Division

DEFENDANT/RESPONDENT

CASE NUMBER

5:24-cv-01420-RGK-BFM

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Jeff Macy, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☒ Yes   ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: Approximately $1,200/month, self-employed doing weed abatement & yard cleaning.

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | Source | Yes | No |
    |---|---|---|
    | Public benefits? | ☒ | ☐ |
    | Business, profession or form of self-employment? | ☒ | ☐ |
    | Rent payments, interest or dividends? | ☐ | ☒ |
    | Pensions, annuities or life insurance payments? | ☐ | ☒ |
    | Gifts or inheritances? | ☐ | ☒ |
    | Any other income (other than listed above)? | ☐ | ☒ |
    | Loans? | ☐ | ☒ |
    | Any other income (other than listed above)? | ☐ | ☒ |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Cash Aid: Approx. $881/month; Food Stamps: Approx. $1,100/month; self-employed, Approx. $1,200/month.

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☒ Yes   ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration.  Checking Account: June: $1,592; May: $1,628; April: $1,913; March: $1,996; February: $1,505; January: $1,565

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes   ☐ No

   If you answer is yes, describe the property and state its approximate value: Salvaged Ferrari $18,000; Salvaged Isuzu Truck $8,500.

5. In what year did you last file an Income Tax Return?  2023

   Approximately how much income did your last return reflect?  $13,000

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:  3 sons; 15 years old, 21 years old, 24 years old, lives with me & I support completely, Approx. $600/mo. 1 daughter: 25 years old, lives with me & I support completely Approx. $200/mo. 1 Wife: 52 years old, lives with me & I support completely, Approx. $200/mo.

7. Estimate your average monthly expenses below:

| | | | | |
|---|---|---|---|---|
| Housing | $700 | | Credit Cards | $200 |
| Transportation | $200 | | Child Care | $0 |
| Food | $100 | | Insurance | $100 |
| Medical | $0 | | Loans | $0 |
| Utilities | $950 | | Other | $0 |

California
State

San Bernardino
County (or City)

I, Jeff Macy declare under penalty of perjury that the foregoing is true and correct.  Executed on:

7/2/24
Date

*Jeff Macy*
Plaintiff (Signature)